COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | No. 08-22-00170-CV |
| | § | |
| CARLOS HERNANDEZ and AARON'S, INC., | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |

## **J U D G M E N T**

The Court has considered this cause on Relators' Unopposed Motion to Dismiss and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Relators pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF OCTOBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.